**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Timothy John PULLIAM, Defendant–Appellant.**

No. 03–4068.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 22, 2003.

Louis C. Allen, III, Federal Public Defender, William C. Ingram, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Lisa B. Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy John Pulliam pled guilty to one count of possession of a firearm after having been convicted of a crime punishable by more than one year imprisonment, in violation of 18 U.S.C. §§ 922(g), 924(e) (2000). The district court determined that Pulliam qualified as an armed career criminal under 18 U.S.C. § 924(e) (2000), and sentenced him to a total of 182 months imprisonment. He appeals his sentence.

Pulliam asserts that because the predicate convictions under § 924(e) were not alleged in the indictment, the enhanced offense level used to calculate his sentence violates the rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We have previously rejected a similar argument, and conclude that Pulliam's assertion of error is without merit. *United States v. Sterling,* 283 F.3d 216, 219–20 (4th Cir.), *cert. denied,* 536 U.S. 931, 122 S.Ct. 2606, 153 L.Ed.2d 792 (2002).

Accordingly, we affirm Pulliam's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*